# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Bailey Thiele and Jack Moylan,<br><br>**Plaintiffs,**<br><br>vs.<br><br>Board of Trustees of Illinois State University, Larry Dietz in his individual and official capacities, and Julie Annette Jones in her individual and official capacities,<br><br>**Defendants.** | Case Number: 20-1197 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Bailey Thiele and Jack Moylan's action against Defendants Board of Trustees of Illinois State University, Larry Dietz in his individual and official capacities, and Julie Annette Jones in her individual and official capacities is DISMISSED WITHOUT PREJUDICE.

**Dated:** 10/4/21

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court