# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BAILEY THIELE and JACK MOYLAN, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-01197-SLD-TSH ) |
| v. | ) ) ) Hon. Sara Darrow |
| BOARD OF TRUSTEES OF ILLINOIS STATE UNIVERSITY, LARRY DIETZ, individually and in his capacity as President of ILLINOIS STATE UNIVERSITY, and JULIE ANNETTE JONES, individually and in her capacity as Chairperson of the BOARD OF TRUSTEES OF ILLINOIS STATE UNIVERSITY, | ) ) ) Hon. Magistrate Tom Schanzle-) Haskins ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-named case, Bailey Thiele and Jack Moylan, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered in the action on September 30, 2021, granting Defendants' motion to dismiss and dismissing Plaintiffs' claims pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 22), and the corresponding entry of Judgment entered on October 4, 2021 (ECF No. 23).

Dated: October 29, 2021

Respectfully submitted:

*/s/ Ryan F. Stephan*

Ryan F. Stephan
James B. Zouras
Catherine T. Mitchell
Paige L. Smith*
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606

(312) 233-1550
(312) 233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com
psmith@stephanzouras.com

**\*** *Admission to the United States Court of Appeals for the Seventh Circuit Forthcoming*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 29, 2021, he caused the foregoing NOTICE OF APPEAL to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Ryan F. Stephan*
Ryan F. Stephan